## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00383-RBJ-KLM

Austin Fresh BURGER BAR CONCEPTS LLC,
a Colorado limited liability company,

    Plaintiff,

v.

5280 SLIDERS LLC,
a Colorado limited liability company,

and

DOMINICK MALDONADO, an individual,

    Defendants.

## ORDER

This Action was commenced on February 10, 2017 by Plaintiff Austin Fresh Burger Bar Concepts LLC ("Austin Fresh") against Defendants 5280 Sliders LLC ("Sliders") and Dominick Maldonado ("Maldonado") (collectively, "Defendants"). Austin Fresh and Defendants have agreed to settle this matter and having come before the Court on Austin Fresh's Stipulation of Voluntary Dismissal Without Prejudice. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation of Voluntary Dismissal Without Prejudice is GRANTED;

2. The Court retains jurisdiction to enforce the terms of the April 25, 2017 Settlement Agreement by and between Austin Fresh and Defendants.

**DONE AND ORDERED**, this 25th day of April, 2017.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Court Judge